UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BRASHEAR ANTHONHY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SOLANO, et al.<br><br>Defendants. | No. 2:25-cv-02248-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff is proceeding in this action without counsel. On September 2, 2024, plaintiff filed a motion for temporary restraining order. (ECF No. 4.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On September 5, 2025, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has filed objections and two requests for reconsideration, along with a second motion for temporary restraining order. (ECF Nos. 9-11.) The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 5, 2025 findings and recommendations (ECF No. 8) are adopted in full;

1

2. Plaintiff's motion for a temporary restraining order (ECF No. 4) is denied;

3. Plaintiff's request for reconsideration (ECF No. 9) is denied;

4. Plaintiff's application for reconsideration (ECF No. 10) is denied;

5. Plaintiff's second motion for temporary restraining order (ECF No. 11) is denied for the reasons set forth previously;

6. This case is dismissed; and

7. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: September 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE